# UNITED STATES DISTRICT COURT

## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

ROBINSON, RODNEY N

3201 N 41ST ST APT 6

LINCOLN, NE 68504

**THE DEFENDANT:**    ROBINSON, RODNEY N

**Judgment in a Criminal Case**
(For a Petty Offense)

6199870, 6199867, 6199868 and 6199869

Case No.    NE16

USM No.

Pro se

Defendant's Attorney

☐   **THE DEFENDANT** pleaded   ☐ guilty ☐ nolo contendere to count(s) _____

☑   **THE DEFENDANT** was found guilty on count(s)   violations 6199870, 6199867, 6199868 and 6199869

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18USC111(a)(i) | Assaulting, resisting, or impeding officers | 10/29/2018 | |
| 38CFR1.218(b)(2) | Spitting on Property | 10/29/2018 | |
| 38CFR1.218(b)(11) | Disorderly Conduct | 10/29/2018 | |
| 38CFR1.218(b)(16) | Entering premises under influence of alcohol | 10/29/2018 | |
| | | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment.

☐   **THE DEFENDANT** was found not guilty on count(s) _____

☐   Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1911

Defendant's Year of Birth: 1956

City and State of Defendant's Residence:
LINCOLN, NE

April 4, 2019
Date of Imposition of Judgment

Signature of Judge

Cheryl R. Zwart, United States Magistrate Judge
Name and Title of Judge

April 4, 2019
Date

| | |
|---|---|
| DEFENDANT: | ROBINSON, RODNEY N |
| CASE NUMBER: | NE16          6199870, 6199867, 6199868 and 6199869 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the US Marshal to be imprisoned for a total  term of 7 (seven) days.

☐     The court makes the following recommendations to the Bureau of Prisons:

☑     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐     at _____     ☐  a.m.     ☐  p.m.     on _____     .

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2 p.m. on _____     .

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____     to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **ROBINSON, RODNEY N**
CASE NUMBER: **NE16**     6199870, 6199867, 6199868 and 6199869

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** | **Processing Fee** |
|---|---|---|---|---|
| **TOTALS** | $ waived | $ 0.00 | $ | $ set aside |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss**\*\* | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ _____ 0.00 | $ _____ 0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

　　☐ the interest requirement is waived for　☐ fine　☐ restitution.

　　☐ the interest requirement for the　☐ fine　☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.